UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>V.<br><br>ZEROCKIA Z. KEENE,<br>    Defendant. | CRIMINAL NO. 5:13-52-KKC<br><br><br>**ORDER** |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on a Report and Recommendation in which the Magistrate Judge makes certain recommendations regarding the defendant's admitted violations of the terms of his supervised release (DE 890). No party has filed objections to the recommendation and the defendant has waived his right to appear before the district judge to make a statement and present mitigating information (DE 891).

Accordingly, the Court hereby ORDERS that the Report and Recommendation is ADOPTED as the Court's opinion. The Court will enter a judgment consistent with the recommendation.

This 7th day of December, 2022.

*Karen K. Caldwell*
KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY